DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2014

| 408P14 | State v. Marcelino Garcia Castillo | 1. Def's *Pro Se* Motion for NOA (COAP14-760) | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 2. Dismissed as Moot |
| | | 3. Def's *Pro Se* Motion to Amend | 3. Allowed |
| | | 4. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 4. Denied |
| 409P14 | State v. George William Gantt-El | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP14-663) | Denied |
| 411P14 | State v. Brandon Tremayne Holman | Def's *Pro Se* Petition for *Writ of Mandamus* (COAP14-721) | Denied |
| 412P14 | State v. Steven Lynn Barbour | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Wayne County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot |
| 414P14 | State v. Jerry D. Rembert | 1. State's Motion for Temporary Stay (COA14-522) | 1. Allowed **11/07/2014** Dissolved **12/18/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 417P00-3 | State v. Frank Moore | Def's *Pro Se* Motion for Notice of Appeal | Dismissed |
| 417P14 | State v. Melvin Lee Luckey | Def's PDR Under N.C.G.S. § 7A-31 (COA14-12) | Denied |
| 421P14 | Susan Hyatt Call v. Brandon T. Hyatt and Jessica Metcalf Hyatt | Appellant's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COA14-751) | Denied |
| 424P14 | Stritzinger v. Bank of America, et al. | Plt's *Pro Se* Motion for Petition for Extraordinary Relief and Certified Questions | Dismissed |